UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-11-pp |
| Plaintiff, | |
| v. | |
| LESLEY E. ANZURES, | |
| Defendant. | |

**ORDER GRANTING DEFENDANT'S *PRO SE* REQUEST TO EXTEND SURRENDER DATE (DKT. NO. 21)**

On August 1, 2017, the court sentenced the defendant to serve twenty-four months in custody. Dkt. Nos. 15, 16. The court allowed the defendant to self-surrender to her designated facility as directed by her probation officer, but no sooner than thirty days from the date of the sentencing hearing. Dkt. No. 15. Since that time, the defendant has asked the court to modify the judgment to recommend a specific designation. Dkt. No. 18. The court granted that motion, although it warned the defendant that the recommendation might have no effect. Dkt. No. 19. On September 8, 2017—six days before her September 14, 2017 surrender date—the defendant filed a second request, this time asking the court to extend her surrender date to October 12, 2017. Dkt. No. 21. The defendant states that she has an appointment with an oral surgeon, to look at a growth on her gums. Id. She also indicates that she wants the extended deadline so that she can "receive the dental care that [she] needs" before reporting to her designated facility. Id. While she does not mention it in

1

the letter, the defendant also attached a letter from a doctor regarding an appointment her son has on September 26, 2017, to determine whether he needs a procedure. Id. at 4.

The court will grant the defendant **one** extension—until Thursday, October 12, 2017, as she has requested. This will give her the opportunity to have the biopsy her doctor has planned. The court will **not**, however, grant continued extensions for further medical procedures. The Bureau of Prisons has several Federal Medical Facilities (FMCs) around the country. If the defendant's doctor concludes that she needs further care, she should notify the Marshals Service, so that they can communicate that information to the Bureau of Prisons. She may also notify her probation officer. When the Bureau of Prisons has the defendant's medical information, it can evaluate whether she needs to be sent to a Federal Medical Facility, and what medical care she may need.

The court **GRANTS** the defendant's motion to extend her surrender date. The court **ORDERS** that the defendant shall surrender to her designated facility by the time the Bureau of Prisons and her probation officer have set for her surrender, on **October 12, 2017**. The court will grant no further extensions.

Dated in Milwaukee, Wisconsin this 12th day of September, 2017.

BY THE COURT:

_____
HON. PAMELA PEPPER
**United States District Judge**